COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOACHIM P. COX            7520
   jcox@cfhawaii.com
RANDALL C. WHATTOFF  9487
   rwhattoff@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i 96813
Telephone:  (808) 585-9440
Facsimile:   (808) 275-3276

MUNGER, TOLLES & OLSON LLP

BRAD D. BRIAN (*pro hac vice*)
   brad.brian@mto.com
JACOB MAX ROSEN (*pro hac vice*)
   Max.rosen@mto.com
RICHARD C. ST. JOHN (*pro hac vice*)
   Richard.StJohn@mto.com
NICHOLAS D. FRAM (*pro hac vice*)
   nicholas.fram@mto.com
350 South Grand Avenue 50th Floor
Los Angeles, California 90071
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendants
MAUI ELECTRIC COMPANY, LIMITED,
HAWAIIAN ELECTRIC COMPANY, INC.,
HAWAIIAN ELECTRIC INDUSTRIES, INC., and
HAWAII ELECTRIC LIGHT COMPANY, INC.

[Caption continued on following page]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| In Re:  Lahaina Wildfire Litigation | 1:24-CV-00259-JAO-BMK<br>(Class Action)<br><br>**JOINT STIPULATION AND ORDER TO STAY ALL PROCEEDINGS**<br><br>Trial:      None set |

**JOINT STIPULATION AND ORDER TO STAY ALL PROCEEDINGS**

The undersigned parties ("Parties"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, the Parties have engaged in an extensive mediation process, overseen by the Hon. Louis Meisinger (ret.), the Hon. Daniel Buckley (ret.), and Keith Hunter, in an effort to achieve global resolution and settlement of hundreds of cases relating to the Maui fires on August 7 and August 8, 2023;

WHEREAS, on August 2, 2024, the Parties entered into a Term Sheet contemplating a global resolution of all Maui Fires Claims (as defined in the Term Sheet);

WHEREAS, the Term Sheet contemplates that the Parties would enter into a stay in accordance with its terms;

1

WHEREAS, the Parties jointly request a stay of all litigation in this matter in accordance with the Term Sheet;

NOW, THEREFORE, it is hereby stipulated and agreed by and between the Parties, subject to the approval of the Court, as follows:

1. All pre-trial deadlines and proceedings, including expert report deadlines, response dates, discovery, and motions, are vacated and stayed indefinitely.

2. All trial dates are vacated.

3. The stay described in paragraph (1) does not apply to (a) claims, motions, or actions in this case that serve to resolve any disputes between or among subrogation carriers, Individual Plaintiffs, or putative classes of plaintiffs, or (b) any actions taken to effectuate or in furtherance of a global resolution and settlement.

4. The Parties reserve all rights to request a lifting of the stay pursuant to terms in the Term Sheet to which they have agreed or should the Term Sheet expire or not ripen into a definitive settlement agreement.

//////////////////

//////////////////

//////////////////

//////////////////

2

DATED:  Honolulu, Hawai'i, August 2, 2024.

/s/P. Kyle Smith
TERRANCE M. REVERE
PAUL V.K. SMITH
RICHARD E. WILSON
PATRICK KYLE SMITH
Attorneys for Plaintiffs
NOVA BURNES; MAUI CONCIERGE
AESTHETICS, LLC; LANI CHADLI, individually
and as Trustee of the AOTAKI FAMILY
IRREVOCABLE TRUST; BARRETT PROCELL;
KATHRYN LLAMAS


/s/Graham B. LippSmith
GRAHAM B. LIPPSMITH
MARYBETH LIPPSMITH
JACLYN L. ANDERSON
CELENE CHAN ANDREWS
Attorneys for Plaintiffs
MONICA I. EDER; REDE S. EDER; CANDICE
FAUST; PETER FAUST; DAVID HEYMES;
JENNIFER LYNN MCNAMEE; ROLAND
WILLLIAMS, JR.


/s/Kenneth S. Kasdan
KENNETH S. KASDAN
CHRISTOPHER K. HIKIDA
D. KAENA HOROWITZ
SHARLA ANN MANLEY
Attorneys for Plaintiff
CHARDELL NAKI

*/s/Paul Alston*
PAUL ALSTON
NICKOLAS A. KACPROWSKI
WENDY F. HANAKAHI
MADISSON L. HEINZE
NATHAN P. SHIMODOI
Attorneys for Defendants
TRUSTEES OF THE ESTATE OF BERNICE
PAUAHI BISHOP


*/s/Eric H. Tsugawa*
ERIC H. TSUGAWA
ALAN K. LAU
TEDSON H. KOJA
Attorneys for Defendants
HAWAIIAN TELCOM; HAWAIIAN
TELECOMMUNICATIONS, INC.; HAWAIIAN
TELCOM, INC.


*/s/Gregory K. Markham*
GREGORY K. MARKHAM
KEITH K. KATO
Attorneys for Defendant
SPECTRUM OCEANIC, LLC


*/s/Wesley H.H. Ching*
WESLEY H.H. CHING
SHEREE KON-HERRERA
DARA S. NAKAGAWA
JONATHAN L. ORTIZ
CATHY S. JUHN
ERIN I. MACDONALD
Attorneys for Defendants
PETER KLINT MARTIN; PETER KLINT
MARTIN REVOCABLE TRUST

4

*/s/Wesley H.H. Ching*
WESLEY H.H. CHING
SHEREE KON-HERRERA
DARA S. NAKAGAWA
Attorneys for Defendants
HOPE BUILDERS HOLDING LLC; HOPE
BUILDERS INC.; HOPE BUILDERS LLC;
KAUAULA LAND COMPANY LLC; KIPA
CENTENNIAL, LLC; WAINEE LAND &
HOMES, LLC; WEST MAUI LAND COMPANY,
INC.; MAKILA RANCHES, INC.; MAKILA
LAND CO., LLC; JV ENTERPRISES, LLC


*/s/James W. Geiger*
JAMES W. GEIGER
Attorneys for Defendants
JAMES C. RILEY TRUST; JEANNE A. RILEY
TRUST


*/s/Ralph J. O'Neill*
RALPH J. O'NEILL
MATTHEW A. HEMME
JOSEPH F. KOTOWSKI
Attorneys for Defendant
MAKILA RANCHES HOMEOWNERS
ASSOCIATION, INC.


*/s/David J. Minkin*
VICTORIA J. TAKAYESU
THOMAS KOLBE
DAVID J. MINKIN
JORDAN K. INAFUKU
SARA M. HAYDEN
KAMRIE J. KOI
JENNIFER LAUREN RIGGS
Attorneys for Defendant
COUNTY OF MAUI

5

/s/Randall C. Whattoff
JOACHIM P. COX
RANDALL C. WHATTOFF
Attorneys for Defendants
HAWAIIAN ELECTRIC COMPANY, INC.;
MAUI ELECTRIC COMPANY, LIMITED;
HAWAII ELECTRIC LIGHT COMPANY, INC.;
HAWAIIAN ELECTRIC INDUSTRIES, INC.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

6

APPROVED IN PART AND SO ORDERED:

The Court GRANTS IN PART the parties' stipulated request to stay this action as follows.  The Court appreciates the parties' genuine efforts to reach resolution in this matter.  Rather than impose an indefinite stay, the Court instead STAYS this action until **February 12, 2025**.  The Rule 16 Scheduling Conference previously scheduled for August 15, 2024 is therefore VACATED.

A Telephonic Status Conference is SET for February 12, 2025 at 8:30 a.m. before Magistrate Judge Barry M. Kurren.  Parties are to participate via telephone through the Court's Zoom Teleconference.  Call-in information is listed below. Parties must connect to the Status Conference at least five (5) minutes prior to the scheduled start time.

Dial in number: 1-833-568-8864

Meeting ID: 160 9803 8578

At the February 12, 2025 Status Conference, the parties should be prepared to address whether the stay should be extended or lifted, or whether this matter should be dismissed, remanded, or administratively closed.

DATED:    Honolulu, Hawaiʻi, August 6, 2024.



Jill A. Otake
United States District Judge

*In Re:  Lahaina Wildfire Litigation*, 1:24-cv-00259-JAO-BMK, Joint Stipulation and Order to Stay All Proceedings